No. 120. PUBLIC SERVICE COMMISSION *v.* BATESVILLE TELEPHONE Co. See *ante,* p. 6.